City of Hometown, a Municipal Corporation, Plaintiff-Appellant, v. Airway Motor Court, Inc.; Standard State Bank, as Trustee u/t/a dated Dec. 19, 1955, and Known as Trust No. 1402; and Village of Oak Lawn, a Municipal Corporation, Defendants-Appellees.

Gen. No. 49,984.

First District, Third Division.

March 18, 1965.

Louis F. Cainkar, of Chicago (Paul E. Price, of counsel), for appellant; No briefs filed for Airway Motor Court, Inc., Standard State Bank and Village of Oak Lawn, appellees. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**